**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**DEBRA A. MOORE**                                                                                       **PLAINTIFF**

**VS.**                                                                                       **NO. 4:14-CV162-DMB-JMV**

**HARTFORD CASUALTY INSURANCE COMPANY**                                              **DEFENDANTS**

## ORDER

On December 15, 2014, Plaintiff filed a Motion to Remand [7] and a Motion to Stay

Remand Proceedings and for Authority to Conduct Remand Related Discovery [9].  In support of

his request for a stay of remand proceedings and period to conduct remand related discovery,

Plaintiff contends that fictitious defendants named in the complaint might be residents of

Mississippi.  Accordingly, Plaintiff seeks discovery regarding the identities and citizenship of

the fictitious defendants in support of her contention that this court lacks subject matter

jurisdiction based upon diversity of citizenship.  In their Response [14] to Plaintiff's motion for

authority to conduct this discovery, defendants essentially argue that the discovery sought by

Plaintiff is not relevant to the remand issue, i.e., the diversity of citizenship analysis.  By Order

[15] dated January 12, 2015, the undersigned stayed certain proceedings herein pursuant to L. U.

Civ. R. 16(b)(1)(B) and ordered Plaintiff to respond to this limited argument by defendants and

provide support for the need for relevant remand related discovery.  The court has now fully

considered Plaintiff's reply and agrees that the information Plaintiff seeks, while it may be

necessary to support a motion to amend the complaint to substitute non-diverse defendants, is

not relevant to the current remand issue.  Accordingly, the request for a period of remand related

discovery is DENIED.  Plaintiff shall file any reply to defendant's response to her motion to

remand within seven (7) days of this date.

**THIS**, the 28th day of January, 2015.

/s/ **Jane M. Virden**
**U. S. MAGISTRATE JUDGE**